Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                             Case No.: 18−26887−KCF
                             Chapter: 13
                             Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Walter Bailey | Janeen Gudger |
| 31 Landsdowne Road | 31 Landsdowne Road |
| Burlington, NJ 08016 | Burlington, NJ 08016 |

Social Security No.:
  xxx−xx−5628                                         xxx−xx−5293

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 24, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 24, 2018
JAN: ckk

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Walter Bailey
Janeen Gudger
    Debtors

Case No. 18-26887-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Sep 24, 2018
            Form ID: 148    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.
```
db/jdb         +Walter Bailey,    Janeen Gudger,   31 Landsdowne Road,    Burlington, NJ 08016-2966
517717955       DITECH,    PO BOX 7169,    PASADENA, CA 91109-7169
517717956      +MCCABE, WEISBERG & CONWAY, LLC,    SUITE 201,    216 HADDON AVE.,    WESTMONT,NJ 08108-2818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2018 00:18:44     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2018 00:18:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517728888       EDI: RESURGENT.COM Sep 25 2018 03:38:00      LVNV Funding,   c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
517767689       EDI: RESURGENT.COM Sep 25 2018 03:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517770900      +EDI: MID8.COM Sep 25 2018 03:28:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517717957       EDI: PRA.COM Sep 25 2018 03:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA),N.a.,    POB 41067,    Norfolk VA 23541
517743473      +EDI: PRA.COM Sep 25 2018 03:28:00      Portfilio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.A.,    PO Box 41067,    Norfolk, VA 23541-1067
517743898      +EDI: AIS.COM Sep 25 2018 03:38:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 8
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517743472*     +Ditech,   PO Box 7169,   Pasadena, CA 91109-7169
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Kareem J Crawford    on behalf of Joint Debtor Janeen  Gudger kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Kareem J Crawford    on behalf of Debtor Walter  Bailey kareemjcrawford91@gmail.com,
               sdgcrawford@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor   Ditech Financial LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6
```