UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Walter Bailey and Janeen Gudger

Case No.: 18-26887

Chapter: 13

Judge: Kathryn C. Ferguson

# ORDER DISMISSING CASE ON COURT'S ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 24, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

  The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ☐ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ☐ Other: _____
_____

  And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

  IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Walter Bailey  
Janeen Gudger  
    Debtors

Case No. 18-26887-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Sep 24, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db/jdb        +Walter Bailey,   Janeen Gudger,   31 Landsdowne Road,   Burlington, NJ 08016-2966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Kareem J Crawford   on behalf of Joint Debtor Janeen Gudger kareemjcrawford91@gmail.com, sdgcrawford@gmail.com  
          Kareem J Crawford   on behalf of Debtor Walter Bailey kareemjcrawford91@gmail.com, sdgcrawford@gmail.com  
          Kevin Gordon McDonald   on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Melissa S DiCerbo   on behalf of Creditor Ditech Financial LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                         TOTAL: 6