| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br><br>In Re:   Walter Bailey and Janeen Gudger | Case Number:<br>18-26887-KCF<br>Adv. No.:<br><br>Hearing Date<br><br>Judge: KCF |
|---|---|

### MOTION TO VACATE DISMISSAL,
### REINSTATE BANKRUPTCY and IMPOSE AUTOMATIC STAY

Now comes Debtors  Walter Bailey and Janeen Gudger, who respectfully moves the Court to issue an Order reinstating his Chapter13 Bankruptcy.   This Motion is brought pursuant to Bankruptcy Rule 5023 and Rule 59 of the Federal Rules of Civil Procedure.

Respectfully submitted,

_/S/ Kareem J. Crawford_
*KAREEM J. CRAWFORD, Esquire*
*18 Almond Road*
*Burlington, New Jersey 08016*
*(856) 217-7360*

*KAREEM J. CRAWFORD*
*18 Almond Road*
*Burlington, New Jersey 08016*
*(856) 217-7360*
*Attorney for the Debtor*

|  |  |
|---|---|
| | : **UNITED STATES BANKRUPTCY COURT** |
| | :  **DIST. OF NEW JERSEY** |
| IN RE: | : CASE NUMBER: **18-26887-KCF** |
| | : CHAPTER 13 |
| Walter Bailey and Janeen Gudger | : |
| | : CERTIFICATION OF |
| | : ATTORNEY |
| | : |

I, KAREEM J. CRAWFORD, hereby certify as follows,

1. I am an attorney at law in the state of New Jersey and the attorney in this matter for the debtor.
2. Through clerical error, the $31.00 fee was not paid. We are able to pay the fee.

We hereby ask that the Court reconsider its order to dismiss and reinstate the petition and impose automatic stay.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:                                                             /S/ **Kareem J. Crawford**

                                                                      ATTORNEY FOR DEBTOR

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
|---|---|
| In Re:   Walter Bailey and Janeen Gudger | Case Number: 18-26887-KCF<br>Adv. No.:<br><br>Hearing Date<br><br>Judge: KCF |

ORDER

The Relief set forth on the following page is hereby ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE KATHRYN C. FERGUSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Whereas the Court considered the certification, moving documents and arguments of KAREEM J. CRAWFORD, ESQUIRE,

It is hereby Ordered that the motion to reinstate the bankruptcy petition and automatic stay is hereby GRANTED.