Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−26887−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Walter Bailey                                      Janeen Gudger
   31 Landsdowne Road                   31 Landsdowne Road
   Burlington, NJ 08016                  Burlington, NJ 08016

Social Security No.:
   xxx−xx−5628                                        xxx−xx−5293

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 1, 2018</u>                  <u>Kathryn C. Ferguson</u>
                                                    Judge, United States Bankruptcy Court